SECOND DEPARTMENT, FEBRUARY TERM, 1889.

Ellen I. Ballard, Executrix, etc., Respondent, v. The Hitchcock Manufacturing Company, Appellant.— Motion denied.

Albert Bennett, Respondent, v. George S. Weaver. Appellant.— Motion denied.

In the Matter of the People's Railroad Company of Syracuse.— Motion for the appointment of commissioners granted and order filed with clerk of Oneida county.

Augustus Ross, as Executor, etc., and others, Appellants, v. De Witt Gleason and others, Respondents.—Motion denied, with ten dollars costs.

George E. Dunham, Respondent, v. William J. Cramond, Appellant.—Order affirmed, with ten dollars costs and disbursements.

Sidney Wilder, Respondent, v. James N. Walters and another, Appellants.— Order reversed, with ten dollars costs and disbursements. *Held,* that the action cannot be revived against the executor and continued against him and the surviving defendant as a joint action. (See first volume of Rumsey's Practice, 667 and cases cited.)

John A. Collins, Respondent, v. George K. Collins and others, Appellants. — Judgment affirmed, with costs, and leave granted to the defendants to answer upon payment of the costs of the demurrer and of the appeal within twenty days.

Wilber S. Peck and others, Respondents, v. Marvin Fisher, Appellant. — Order reversed, with ten dollars costs and disbursements. Followed *Gorman* v. *South Side Railroad Co.* (32 Hun, 71).

Sarah Bullard, Appellant, v. Theodore Bearss and others, Respondents.— Order affirmed, with ten dollars costs and disbursements on the

opinion of Kennedy, J., delivered at Special Term.

Joseph H. Lewis, Appellant, v. Thomas Corlett, Respondent.— Order affirmed, with ten dollars costs and disbursements.

M. Henry Kiley, Appellant, v. James L. Meagher, Respondent. — Judgment of Madison County Court affirmed, with costs.

George W. Lawton and another, Respondent, v. William N. Steele, Appellant.— Judgment and order reversed and new trial ordered, with costs to abide event. *Per Curiam* opinion filed with the clerk of Oneida county. Merwin, J., not sitting.

Henry Sherman, Respondent, v. Ezra Wormuth, Appellant. — Judgment affirmed, with costs.

Helen S. Wright, Respondent, v. The Syracuse, Binghamton and New York Railroad Company, Appellant. — Order reversed, without costs.

Albert Hill, as Administrator, etc., Respondent, v. Dilla Cornue, Appellant. — Judgment of the County Court of Cortland county affirming a justice's judgment affirmed, with costs.

People's Railroad Company of Syracuse, Appellant, v. Syracuse, Binghamton and New York Railroad Company and another, Respondents.— Order affirmed, with ten dollars costs and disbursements. *Per Curiam mem.* filed with the county clerk of Oneida county.

Jeremiah Callaghan, as Administrator, etc., Appellant, v. The Delaware, Lackawanna and Western Railroad Company and The New York Central and Hudson River Railroad Company, Respondents. — Judgment reversed on the exceptions and a new trial granted, with costs to abide the event. Hardin, P. J., not voting.

---

SECOND DEPARTMENT, FEBRUARY TERM, 1889.

William F. Bailey v. Nicholas Murphy. — Order affirmed, with ten dollars costs, besides disbursements. Opinion by Barnard, P. J.

Anne Leichman v. William G. Jughan.— Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

The Ocean Pier Company v. Charles L. Wolsey.— Judgment affirmed, with costs. Opinion by Pratt, J.

John Vance v. Levi Hedfield.--Judgment affirmed, with costs. Opinion by Dykman, J.

Peter Bruner and others v. Michael Lewis and others.— Judgment affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Joseph Groll v. Prospect Park. etc., Railroad Company.—Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

Juliette Hyland, Respondent, v. Yonkers Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

William J. Weeks, Appellant, v. John Becken, Respondent. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

The People of the State of New York *ex rel.* John Lake, Respondent, v. Elbert Hegeman, as County Treasurer, Appellant.— Judgment affirmed, with costs. Opinion by Barnard, P. J.

Matter of opening Marine avenue, New Utrecht.— Order confirming report affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Matter of Peter M. Baum.— Referred to Walter Farrington to take proof and report facts with the evidence as to charges made. Opinion by Barnard, P. J.

Charles G. Farley, Sheriff, v. Josephine A. Gibbs.— Judgment of Justice and of County

Court affirmed, with costs. Opinion by Barnard, P. J.

The People of the State of New York *ex rel.* Michael Coughlin, Respondent, v. Patrick J. Gleason, as Mayor of Long Island City, Appellant. — Order for *mandamus* affirmed, with costs and disbursements. Opinion by Barnard, P. J.; Dykman, J., not sitting.

The People of the State of New York v. Thomas Ricker and others.— Conviction and judgment affirmed. Opinion by Barnard, P. J.; Dykman, J., dissenting.

Besse H. Blynn, Respondent, v. Tredwell D. Smith and another, Appellants. — Judgment affirmed, without costs. Opinion by Pratt, J.

The Town of Southampton, Respondent, v. Edwin Post, Appellant.—Judgment affirmed, with costs. Opinion by Dykman, J.

Rosanna Briasco, Appellant, v. Joseph B. Lawrence, Respondent.—Order reversed, with costs and disbursements. Opinions by Barnard, P. J., and Pratt, J.; Dykman, J., not sitting.

Joshua C. Sanders, Appellant, v. Alfred C. Chapin, Comptroller, etc., Respondent. — Order affirmed, with costs. Dissenting opinion by Dykman, J.

William F. Coston, Respondent, v. Benjamin F. Morris, Appellant.— Judgment affirmed, with costs. Opinion by Pratt, J.

Jarvis S. Baker, Respondent, v. William H. Secor, Appellant.— Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by Pratt, J.

Margaretta Remsen and others, Respondents, v. George S. Wheeler. Appellant. — Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.

James J. Graham, Respondent, v. William J. Powers and others, Trustees, etc , Appellants.—